UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-23125-CIV-HUCK/SIMONTON

ISTVAN KOVACS,

       Plaintiff,

vs.

HANA KOOT, et al.,

       Defendants.

_____/

**ORDER STAYING PLAINTIFF'S MOTIONS AS TO DEFENDANT HANA KOOT**

Presently pending before the Court are Plaintiff's Verified Motion For Award of Attorney's Fees & Taxable Costs (DE # 108), and Plaintiff's Motion to Compel Attendance at Deposition and for Sanctions (DE # 135). These motions are referred to the undersigned Magistrate Judge (DE # 109). After these motions were filed, a Suggestion of Bankruptcy as to Hana Koot (DE # 137), as well as a Notice of dismissal of the bankruptcy case (DE # 141) were filed. Thereafter, Defendant Hana Koot failed to comply with the Order of this Court to provide a status report regarding the pendency of the bankruptcy proceedings (DE # 143). On February 15, 2007, the undersigned held a hearing on all pending motions. Hana Koot was present in person, as were her prior attorneys (Mr. Zidell and Mr. Russin) and counsel for Plaintiff. The parties agreed that the bankruptcy case had been reinstated, and was pending. Plaintiff agreed that the discovery he sought in the Motion to Compel discovery from Hana Koot could be obtained during the bankruptcy proceedings. A copy of the order of reinstatement was filed with the Court at the hearing (DE # 150). Therefore, the determination of Plaintiff's motions is automatically stayed as to Hana Koot. *See* 11 U.S.C. §362(a).

Therefore, based upon a review of the record, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Verified Motion For Award of Attorney's Fees & Taxable Costs (DE # 108) and Plaintiff's Motion to Compel Attendance at Deposition and for Sanctions (DE # 135) are **STAYED** as to Defendant Hana Koot. If necessary and appropriate to do so, Plaintiff may restore these motions to active consideration by filing renewed motions within thirty days from the date that the Bankruptcy Court either closes Defendant Hana Koot's bankruptcy case, or lifts the bankruptcy stay as to the instant motions.

**DONE AND ORDERED** in chambers in Miami, Florida, on February 16, 2007.

*Andrea M. Simonton*
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable Paul C. Huck,
  United States District Judge
All counsel of record
Defendant National Hebrew Glatt, Inc.
  541 41st Street
  Miami Beach, FL 33140
Defendant Hana Koot
  353 West 47th Street, Apt. # 73
  Miami Beach, FL 33140