UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05-23125-CIV-HUCK/O'SULLIVAN

ISTAN KOVACS
    Plaintiff,

v.

NATIONAL HEBREW GLATT,
INC., and HANA KOOT,

    Defendants.
_____/

## ORDER

**THIS MATTER** came before the Court on Counsel for Third Parties' Unopposed Motion to Withdraw (DE# 194, 6/17/08) and Third Party Shapiro's Motion to Appear Pro Se (DE# 195, 6/19/08). Having reviewed the applicable filings and law, it is

**ORDERED AND ADJUDGED** that Counsel for Third Parties' Unopposed Motion to Withdraw (DE# 194, 6/17/08) is **GRANTED**.

1. Third party K&S Foods, LLC., will be allowed until **July 16, 2008**, to retain new counsel, and for said counsel to enter a formal appearance with this Court.

2. Paul F. Penichet, P.A. is permitted to withdraw from future representation of K&S Foods, LLC., effective **July 16, 2008** or upon appearance of new counsel, which ever occurs first.

3. In the event that K&S Foods, LLC., fails to retain new counsel, K&S Foods, LLC., will not be permitted to defend itself in this action because K&S Foods, LLC., is a corporation and cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through its agents, cannot appear *pro se*, and must be represented by counsel.").

4. Attorney Paul F. Penichet shall promptly notify his clients of this order by mailing or serving a copy on Akiva Shapiro and on a corporate representative of K&S Foods, LLC., it is further

**ORDERED AND ADJUDGED** that Third Party Shapiro's Motion to Appear Pro Se (DE# 195, 6/19/08) is **GRANTED**.  Third party Akiva Shapiro shall appear before the Court only on his own behalf.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **2nd** day of July, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record

| Moshe Koot | Avraham Koot | Akiva Shapiro |
|---|---|---|
| 353 W. 47 Street, #7E | 17220 NE 11 Court | 3410 Royal Palm Ave. |
| Miami, Beach, FL 33140 | North Miami Beach, FL 33163 | Miami Beach, FL 33140 |