UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 05-23125-CIV-HUCK/O'SULLIVAN

ISTVAN KOVACS,

        Plaintiff,

v.

NATIONAL HEBREW GLATT, INC., et al.,

        Defendants.

_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion For Leave to Amend to Include the Name "The New Kosher World Bakery, LLC" to the List of Impleaded Third Parties to this Proceeding Supplementary (DE# 197, 6/20/08). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the opposing parties, and a response having been due on Thursday, July 10, 2008, it is

ORDERED AND ADJUDGED, that on or before **Monday July 28, 2008,** the parties shall file their response to the Plaintiff's Motion For Leave to Amend to Include the Name "The New Kosher World Bakery, LLC" to the List of Impleaded Third Parties

to this Proceeding Supplementary (DE# 197, 6/20/08).  The failure to file a response

may result in an order granting the Plaintiff's Motion in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **14th** day of July,

2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Huck
All counsel of record

| Moshe Koot | Avraham Koot | Akiva Shapiro |
|---|---|---|
| 353 W. 47 Street, #7E | 17220 NE 11 Court | 3410 Royal Palm Ave. |
| Miami, Beach, FL 33140 | North Miami Beach, FL 33163 | Miami Beach, FL 33140 |