UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05-23125-CIV-HUCK/O'SULLIVAN

ISTAN KOVACS

    Plaintiff,
v.

NATIONAL HEBREW GLATT,
INC., and HANA KOOT,

    Defendants.
_____/

## ORDER

**THIS MATTER** came before the Court on Third Party Shapiro's Verified Motion for Involuntary Dismissal for Failure to Establish a Prima Facie Case and Submitting a Sham Motion (DE# 222, 7/24/08).

Having reviewed the applicable filings and law, it is

**ORDERED AND ADJUDGED** that Third Party Shapiro's Verified Motion for Involuntary Dismissal for Failure to Establish a Prima Facie Case and Submitting a Sham Motion (DE# 222, 7/24/08) is **STRICKEN**.

Local Rule 7.1(c)(2) states that "absent prior permission of the Court, no party shall file any legal memorandum exceeding twenty pages in length, with the exception of a reply which shall not exceed ten pages in length."

The instant motion is in violation of Local Rule 7.1(c)(2). Third Party Shapiro may re-file the instant motion provided that the motion complies with this Court's page limitation. Any motions requesting leave to exceed page limits with respect to this motion shall not be granted. All parties, including pro se litigants, are expected to abide

by the Local Rules of this Court.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **24th** day of July, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel on record

| Moshe Koot | Avraham Koot | Akiva Shapiro |
|---|---|---|
| 353 W. 47 Street, #7E | 17220 NE 11 Court | 3410 Royal Palm Ave. |
| Miami, Beach, FL 33140 | North Miami Beach, FL 33163 | Miami Beach, FL 33140 |