UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05-23125-CIV-HUCK/O'SULLIVAN

ISTAN KOVACS
    Plaintiff,
v.

NATIONAL HEBREW GLATT,
INC., and HANA KOOT,

    Defendants.
_____/

## ORDER

**THIS MATTER** came before the Court on Third Party Shapiro's Motion to Abbreviate Time for Responses to Motions to be Heard on August 1, 2008 (DE# 224, 7/25/08). Having reviewed the applicable filings and law, it is

**ORDERED AND ADJUDGED** that Third Party Shapiro's Motion to Abbreviate Time for Responses to Motions to be Heard on August 1, 2008 (DE# 224, 7/25/08) is **GRANTED IN PART AND DENIED IN PART**. Responses to all outstanding motions shall be filed pursuant to Local Rule 7.1 but in no event later than **Tuesday, July 29, 2008 at 5:00 PM.** All responses shall be faxed immediately upon filing to Akiva Shapiro. No response is required to Third Party Akiva Shapiro's Verified Motion for Involuntary Dismissal for Failure to Establsh a Prima Facie Case and Submitted a Sham Motion (DE# 222, 7/24/2008). That motion was stricken from the record on July 23, 2008. See Order (DE# 223).

DONE AND ORDERED, in Chambers, in Miami, Florida, this **25th** day of July, 2008.

                                                                        _____
                                                                        JOHN J. O'SULLIVAN
                                                                        UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel on record

| | | |
|---|---|---|
| Moshe Koot | Avraham Koot | Akiva Shapiro |
| 353 W. 47 Street, #7E | 17220 NE 11 Court | 3410 Royal Palm Ave. |
| Miami, Beach, FL 33140 | North Miami Beach, FL 33163 | Miami Beach, FL 33140 |