UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05-23125-CIV-HUCK/O'SULLIVAN

ISTVAN KOVACS,
        Plaintiff,

v.

NATIONAL HEBREW GLATT, INC., et al.,
        Defendants.
_____/

## ORDER

THIS MATTER came before the Court on the Suggestions of Bankruptcy filed by K&S Foods, LLC (DE # 302, 11/12/08), The New Kosher World Bakery, LLC (DE # 303, 11/12/08), Akiva Shaprio (DE # 304, 11/12/08), Abraham Koot (DE # 306, 11/12/08) and Moshe Koot (DE #307, 11/12/08).

The third parties inform the Court that they have filed voluntary petitions for bankruptcy in the Southern District of Florida. Title 11 United States Code Section 362 states that an automatic stay is created upon the filing of any bankruptcy petition. See Ellison v. Northwest Eng'g Co., 707 F.2d 1310, 1311 (11th Cir. 1983). The purpose of the stay is "to give the debtor a breathing spell from his creditors." Id.

Accordingly, after careful review of the record, and the Court being otherwise fully advised, it is

ORDERED AND ADJUDGED that Donald Kaplan, as Assignee for the Benefit of Creditors of National Hebrew Glatt, Inc.'s Motion to Intervene (DE# 284, 10/22/08) and all other pending motions concerning the third parties, K&S Foods, LLC, The New Kosher World Bakery, LLC, Akiva Shaprio, Moshe Koot and Abraham Koot, are **DENIED as moot** without prejudice to notify the Court if the parties wish to re-instate

any of the aforementioned motions upon resolution of the Bankruptcy Court proceedings. It is further

ORDERED AND ADJUDGED that by operation of Title 11 United States Code Section 362, this case is **STAYED** as to the proceedings supplementary.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **12th** day of November, 2008.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Huck
All counsel of record


Copies mailed by Chambers to:

Moshe Koot
353 W. 47 Street, #7E
Miami, Beach, FL 33140

Abraham Koot
17220 NE 11 Court
North Miami Beach, FL 33163

Jay M. Gamberg, Esq.
Gamberg & Abrams
4000 Hollywood Blvd.
Suite 350, North Tower
Hollywood, FL 33021